JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                               U.S. District Court - District of Massachusetts

**Place of Offense:**              Category No. **II**              Investigating Agency **ATF**

City **Dorchester**                Related Case Information: **13CR10191 —**

County **Suffolk**                 Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____

**SEALED**                         Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **MICHAEL COLLINS**          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  **Dorchester, MA**

Birth date (Yr only): **1972**   SSN (last 4#): **9319**   Sex **M**   Race: **Black**   Nationality: **U.S.**

Defense Counsel if known: _____                 Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Dustin Chao**              Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No       List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested           ☐ Regular Process           ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **6/25/2013**              Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MICHAEL COLLINS

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g) | Felon in Possession (Firearm) | 1 |
| Set 2 | 18 U.S.C. 924 & 28 U.S.C. 2461 | Criminal Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011