AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13CR10191- |
| MICHAEL COLLINS | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL COLLINS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Title 18, U.S.C., Section 922(g)(1) - Felon in Possession of Firearm

Date: 6/25/2013

_____
Issuing officer's signature

City and state:   Boston, Massachusetts
Thomas F. Quinn, Deputy Clerk
Printed name and title

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title